IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN J. KELLY,

    Appellant,

  v.

Case No. 20-cv-805-bbc

PETER FLATLAND HERRELL, UNITED
STATES TRUSTEE and JERRY JOHNSON
REVOCABLE TRUST,

    Appellees.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Brian J. Kelly's appeal and dismissing this case.

| /s/ | 7/7/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |