UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

---

BRIAN J. KELLY,

        Appellant,

v.

PETER FLATLAND HERRELL
UNITED STATES TRUSTEE and
JERRY JOHNSON REVOCABLE TRUST

        Appellees.

Case No. 20-cv-805-bbc

*FILED/REC'D 8:00 AM AUG -6 2021 U.S. BANKRUPTCY COURT CLERK*

---

NOTICE OF APPEAL FROM A JUDGMENT AND ORDER OF UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

---

    BRIAN J. KELLY, the appellant herein, does hereby appeal to the Seventh Circuit Court of Appeals from the OPINION & ORDER entered and filed on July 6, 2021 ( Document # 14) in this matter by the United States District Court for the Western District of Wisconsin, Honorable Barbara B. Crabb, presiding.

    BRIAN J. KELLY, does, hereby, further appeal to the same said court the JUDGMENT IN A CIVIL CASE entered and filed on July 7, 2021(Document #15) in this matter, by the United States District Court, Western District Wisconsin with

the Honorable Barbara B. Crabb presiding.

The parties to the Opinion and Order and Judgment in the Civil Case appealed from are:

| | | |
|---|---|---|
| Brian J. Kelly, Involuntary Debtor<br>E 5088 880th Avenue<br>Boyceville, WI 54725   Tel. 715-864-0798 | Appellant | (Pro se) |

&

| | | |
|---|---|---|
| Peter F. Herrell, Trustee & Atty.<br>Nodolf & Flory<br>326 Water St., P.O. Box 1165<br>Eau Claire, WI 54701   Tel. 715-8309771 | Appellee | Atty. Peter F. Herrell<br>(Same Address) |

&

| | | |
|---|---|---|
| Patrick S. Laying, U. S. Trustee<br>U.S. Trustee's Office<br>780 Regent Street, #304<br>Madison, WI 53715<br>Tel. 608-264-5522 | Appellee | Atty. Mary R. Jensen<br>Atty. Tiffany Rodriguez<br>(Same Address)<br><br>(Same Telephone No.) |
| Patrick S. Laying<br>(Address Above)<br>.<br>.<br>. | | Atty. Cameron Gulden<br>U. S. Trustee's Office<br>300 Booth St., Rm 3009<br>Reno, NV 89509<br>Tel.  775-784-5335 |

&

| | |
|---|---|
| Jerry Johnson Revocable Trust<br>c/o Bernard Charles Seidling<br>132 N Indies Dr.<br>Marathon, FL 33050<br>Tel. 715-634-7969 | Atty. James D. Sweet<br>Steinhilber Swanson LLP<br>8040 Excelsior Dr, #301<br>Madison, WI 53717<br>Tel. 608-630-8990 |

-3-

Respectfully filed and submitted this 4th day of August, 2021

_____
Brian J. Kelly, Appellant

E5088 880th Avenue
Boyceville, WI 54725
Telephone: (715) 864-0798

Distribution: To the District Court by Filing & To All Other Parties by Mail